1   SUSAN A. MITCHELL (SBN 101114)
      smitchell@mckennalong.com
2   ANDREA T. PROHASKA (SBN 261485)
      aprohaska@mckennalong.com
3   McKENNA LONG & ALDRIDGE LLP
     300 South Grand Avenue, 14th Floor
4   Los Angeles, CA  90071
     Telephone:  (213) 688-1000
5   Facsimile:   (213) 243-6330

6   Attorneys for Plaintiff and Counterclaim
     Defendant **NEWPORT CONTROLS, LLC** and
7   Counterclaim Defendant **MR. TRONG TRAN**

8

9                    UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                       WESTERN DIVISION

12

13   NEWPORT CONTROLS, LLC,                 CASE NO.  CV10-03082-MMM (SSx)

14                      Plaintiff,          [~~PROPOSED~~] ORDER
                                            REGARDING STIPULATION AND
15         v.                               [PROPOSED] PROTECTIVE
                                            ORDER
16   BALBOA INSTRUMENTS, INC. and
     BALBOA WATER GROUP, INC.,              [Discovery Document: Referred to
17                                          Magistrate Judge Suzanne H. Segal]
                        Defendants.
18                                          
19   _____    (Stipulation and [Proposed]
                                            Protective Order filed concurrently)
     BALBOA INSTRUMENTS, INC. and
20   BALBOA WATER GROUP, INC.,

21                   Counterclaim
                     Plaintiffs,
22
           v.
23
     NEWPORT CONTROLS, LLC and
24   TRONG TRAN, an individual,

25                 Counterclaim Defendants.

26

27

28

## ORDER

The Court having reviewed the parties' Stipulated Protective Order, and good cause appearing therefor, the Court hereby approves the proposed Protective Order.

Date: November 9 , 2010

Hon. Suzanne H. Segal
United States Magistrate Judge